1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

TRINY PAUSINI RAMOS,

Case No.: 1:17-cv-00279- JLT

12

Plaintiff,

ORDER GRANTING EXTENSION OF TIME

13

v.

(Doc. 15)

14

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

15

Defendant.

16
17

On November 15, 2017, the parties stipulated for an extension of sixteen days for Plaintiff to

18

file an opening brief, requesting a filing deadline of December 11, 2017. (Doc. 15) Notably, the

19

Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6 at 4), and

20

this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

21

    1.    The request for an extension of time is **GRANTED**; and

22

    2.    Plaintiff **SHALL** file an opening brief no later than **December 11, 2017**.

23
24

IT IS SO ORDERED.

25

Dated:   **November 27, 2017**           **/s/ Jennifer L. Thurston**

26

UNITED STATES MAGISTRATE JUDGE

27
28