# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINY PAUSINI RAMOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-00279- JLT<br><br>ORDER GRANTING PLAINTIFF A SECOND EXTENSION OF TIME<br><br>(Doc. 17) |

On December 11, 2017, the parties stipulated for a further extension of seven days for Plaintiff to file an opening brief, requesting a filing deadline of December 18, 2017. (Doc. 17) Notably, the prior extension requested by Plaintiff was for sixteen days. (Doc. 15) Because the Scheduling Order permits an extension of thirty days by stipulation, the request is appropriate. (Doc. 6 at 4) In addition, based upon the information provided, the Court finds good cause exists for the further extension. Accordingly, the Court **ORDERS:**

　　1.　　The request for an extension of time is **GRANTED** nunc pro tunc; and

　　2.　　Plaintiff **SHALL** file an opening brief no later than **December 18, 2017**.

IT IS SO ORDERED.

　Dated:　**December 14, 2017**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1