# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINY PAUSINI RAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-0279 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On October 10, 2018, Triny Pausini Ramos and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d). (Doc. 24)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, fees in the amount of $3,900.00 are **AWARDED** to Plaintiff, Triny Pausini Ramos.

IT IS SO ORDERED.

Dated: **October 10, 2018**          **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE